AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Jimmy Ratliff Jr.<br><br>*Defendant(s)* | Case No. 6:26-mj- 1285 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **Feb. 12 through Feb. 27, 2026** in the county of **Osceola** in the **Middle** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Attempted coercion and enticement of a minor to engage in sexual activity |

This criminal complaint is based on these facts:
See affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Albert Grooms, HSI Special Agent
*Printed name and title*

Sworn to before me by reliable electronic means and attested to me as true and accurate by telephone or other reliable electronic means consistent with Fed. R. Crim. P. 4.1 and 41(d).

Date: 2/27/26

_____
*Judge's signature*

City and state: Orlando, FL

Hon. Leslie Hoffman Price, U.S. Magistrate Judge
*Printed name and title*

STATE OF FLORIDA                              CASE NO. 6:26-mj- 1285

COUNTY OF ORANGE

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Albert Grooms, being duly sworn, do hereby state the following:

1. This affidavit is submitted in support of a criminal complaint against Jimmy RATLIFF Jr. for a violation of 18 U.S.C. § 2422(b), attempted enticement of a minor. As set forth in more detail below, there is probable cause to believe that from on or about February 12, 2026, continuing through on or about February 27, 2026, RATLIFF, by means of interstate commerce, knowingly attempted to persuade, induce, and entice a minor to engage in sexual activity for which he could have been charged with lewd or lascivious battery (engage in sexual activity with a person 12 years of age or older but less than 16 years of age), in violation of Florida Statutes § 800.04(4)(a)(1) & (2), all in violation of 18 U.S.C. § 2422(b).

2. I am a Special Agent (SA) employed with the Department of Homeland Security (DHS), Homeland Security Investigations (HSI), and have been so employed since June 2015. I am currently assigned to the Orlando, Florida, office of HSI. My duties include the enforcement of federal criminal statutes, including but not limited to, Titles 8, 18, 19, 21, and 31 of the United States Code. I am a law enforcement officer of the United States within the meaning of 19 U.S.C. § 1401(i) and am empowered to investigate and make arrests for violations of United States criminal laws within the meaning of 18 U.S.C. § 2510(7).

3.  My formal education includes a Bachelor's degree in Criminal Justice from American Military University and a Master's degree in Human Services Counseling: Criminal Justice from Liberty University. Through numerous advanced law enforcement-training programs, I have received specialized training in the investigations of sex crimes, child exploitation, child pornography/child sexual abuse material (CSAM), and computer crimes. I have participated in training courses for the investigation and enforcement of child pornography laws in which computers are used as the means for receiving, transmitting, and storing child pornography.

4.  I have been involved in investigations involving child pornography, the creation of child pornography, and online solicitation/enticement of minors. I have participated in investigations of persons suspected of violating federal child pornography laws, including violations of 18 U.S.C. §§ 2251, 2252, 2252A, 1470, and 2422. Additionally, I have authored and participated in the execution of search warrants involving searches and seizures of computers, computer equipment, software, and electronically stored information.

5.  I have personal knowledge of all the facts stated in this affidavit and/or have learned of these facts by reviewing documents and electronically stored information and speaking to other law enforcement officers. Because this affidavit is being submitted for the limited purpose of establishing probable cause for the issuance of a criminal complaint, I have not set forth each and every fact learned during the course of this investigation and have summarized undercover communications.

## **PROBABLE CAUSE STATEMENT**

6. On August 22, 2025, while acting in an undercover capacity, a Federal Bureau of Investigations (FBI) Task Force Officer (UCA 1) communicated with an individual utilizing phone number XXX-XXX-3158 after replying to a posting on a website called "Locanto."[1] The individual, later identified as RATLIFF, stated he likes young girls and was told UCA 1 was 13 years old. RATLIFF stated "99.99% of all these are fakes, scams or stings." During a voice call, RATLIFF stated it was his birthday the day prior[2] and that he wanted to eat cake. RATLIFF clarified he meant the "slang" meaning of eating cake.[3]

7. RATLIFF asked when UCA 1's mom was going to leave and if UCA 1 had a place in mind to meet up. RATLIFF also asked for a picture of UCA 1 touching her pinky to her cheek.[4] The conversation continued with some back and forth before RATLIFF stated "Cool. Just FYI, you should probably use a different account for this. There's a review on your profile that you told someone you were 13 2 years ago."[5] I believe based on my training and experience that RATLIFF stopped engaging with UCA 1 at that time because he believed UCA 1 to potentially be working with law enforcement.

---

[1] At the time of this complaint, HSI does not have a copy of the posting which UCA 1 replied to.
[2] RATLIFF's birthday is actually August 19th.
[3] Based on my training and experience, I know that "eating cake" is often slang for a sexual act.
[4] Based on my training and experience, I know asking for a picture of someone in a specific pose is used to verify they are a real person.
[5] Based on my training an experience, I know it is common for people to track the "age" of profile's utilized by undercover agents and point out if it is not consistent with the passage of time.

3

8.  On February 12, 2026, while acting in an undercover capacity UCA 1 observed a posting on a website called "Locanto" posted by user "galaga132," later identified as RATLIFF[6]. The posting had the title "Looking to connect with another openminded girl dad, Kissimmee – 41" and the body stated:

> Hoping that there's another (or more) girl dad(s) out here in the area who have had similar experiences in raising your little her like I did. I'm wanting to talk about things that happened, what your feelings were towards then growing up and to exchange some intimate items between each other that only a girl dad if this type would understand and appreciate. Only looking for real, and ready to verify. It looking to tell stories to go through some online fantasy in your head. We can talk on anther platform to verify so we can get to the meat of the subject. Not looking to hem anyone up. Everything is above par. Let's talk and get the secrets out in the open.

UCA 1 informed an HSI SA (UCA 2) of the advertisement and responded to RATLIFF's posting with UCA 2's undercover phone number. During the subsequent conversation between UCA 2 and RATLIFF, UCA 2 utilized the persona of a father with a (notional) 14-year-old daughter.

9.  On or about February 12, 2026, UCA 2 received a text message to his undercover phone number from RATLIFF's phone number XXX-XXX-3158. RATLIFF stated, "hey, you sent me your number in Locanto" and asked UCA 2 how old his daughter was. UCA 2 stated she was 14, and RATLIFF disclosed he had access to a woman (who is now an adult but who he later disclosed had been his child victim at an earlier age, hereinafter the "CV").

---

[6] At the time UCA 1 saw the posting they did not realize it was the same individual

4

10. RATLIFF requested verification photographs and sent a photograph of himself with the CV.[7] RATLIFF stated he likes utilizing Telegram because "You can delete pics and things from your side." The photograph sent was visually similar to RATLIFF's driver license photo.

11. After the exchange of photos, RATLIFF asked UCA 2, "How do you feel knowing that other men look at her and have sexual thoughts and feeling about her." When UCA 2 asked how RATLIFF felt about it with the CV, he replied, "Never bothered me, because I looked at her the same way."

12. RATLIFF then told UCA 2, "I'd like to get to a point where we can swap dirty panties if theirs. I want to cum in someone's daughter's panties, After that, I'm open to whatever gets put on the table." RATLIFF also stated "Again, why I like telegram better is you can delete parts of or whole conversations, and private mode can't get screenshotted lol."

13. RATLIFF and UCA 2 then agreed to move to a more "secure" means of communication via the phone application, "Kik."[8] RATLIFF stated his Kik username is "twoorthreetotango."

14. On or about February 12, 2026, at approximately 11:45 p.m., UCA 2 received a message on Kik from RATLIFF's username "twoorthreetotango." RATLIFF stated, "Hey. We were talking on text." RATLIFF then suggested to

---

[7] RATLIFF stated the CV was 17 years old in the photograph.
[8] UCA 2 told RATLIFF that Kik uses end-to-end encryption (E2EE), which is a secure communication method ensuring only the communicating users (sender and recipient) can read messages or access data, preventing service providers, hackers, or governments from intercepting it. In reality, Kik does not utilize E2EE encryption.

5

UCA 2 that "we could meet up in public and do an exchange [of the panties]. Or we could meet up at one a others place and do it there."

15. RATLIFF stated, "I'm really open to anything that's offered," and explained that the CV was 15 when she told me what she wanted." RATLIFF then stated that when the CV was 15 "she pulled up . . . porn on my computer and told me she wanted that." RATLIFF further stated, "I asked her several times if that's what she really wanted. She kept saying yes. So I told her to go into her room and get her pants and panties off," and further stated, "I went in her room, she layed back on the bed, grabbed her legs open, I asked her again, and she said she wanted my cock in side her. So I did." UCA 2 asked if this really happened or was a fantasy, and RATLIFF stated "That's for real. 100%" and "We did things several times after that. Pretty much multiple times a week."

16. Law enforcement utilized facial recognition technology (FRT) on the photos RATLIFF provided of the CV. FRT provided a visual for the CV. Law enforcement records show that the CV filed a report in 2021 (at which time she would have been 17) with the Orange County Sheriff's Office (OCSO) where she alleged being sexually battered by RATLIFF when she was 15 while living in Phenix City, Alabama.

17. On or about February 13, 2026, UCA 2 and RATLIFF continued the conversation. RATLIFF told UCA 2 that the CV used to come visit him "more regularly, every few months" and "when she comes to visit, she's daddy's girl while she's here."

6

18. On or about February 20, 2026, UCA 2 and RATLIFF continued the conversation on text messaging to RATLIFF's phone number XXX-XXX-3158. RATLIFF told UCA 2 he had been "busy with life. Haven't opened Kik because I keep getting hit with the spam requests too much." RATLIFF then initiated the question to UCA 2, "Just still trying to find panties I can use" and "Think you'd be able to grab a pair or 2 today and meet up somewhere?" When UCA 2 asked why there was an urgency, RATLIFF advised he was "just horny and have been thinking about it and watching videos lately." He later described the videos as "the kind not found on normal web links and can only share in person."[9] RATLIFF told UCA 2 he would be willing to share "After we both know everything is legit." RATLIFF confirmed that meeting up to exchange panties was the method to prove legitimacy.

19. RATLIFF and UCA 2 discussed additional details on how the exchange would happen. RATLIFF later stated, "But maybe we can build up to seeing someone else wear them together. So lmk what you have in mind of getting in return." When UCA 2 asked if he was referring to the CV, RATLIFF stated, "I was talking about maybe building up the trust enough so we can share in seeing someone wearing her panties for us in real life. Not specifically [the CV], but not ruling her out."

20. Between February 21, 2026, to February 22, 2026, RATLIFF and UCA 2 continued with sporadic casual conversation on Kik. On or about February 23,

---

[9] Based upon the context of the conversation, coupled with my training an experience, I believe RATLIFF was referring to child sexual abuse material (CSAM).

7

2026, RATLIFF asked UCA 2 if he thought a good way to meet up. RATLIFF had UCA 2 leave a package of his notional daughter's "fresh"[10] panties and clean panties at a location for him to pick up. RATLIFF told UCA 2 he wished to "sniff them, jerk off with them, maybe fill a pair up a few times."

21. RATLIFF asked UCA 2, "if I used a clean pair, and gave them back to you, and you put them back into her drawer, do you think she would notice or wear them" and later "Have you talked to her about anything with another guy . . . ." In a later conversation in what appears to be a reference to sharing UCA 2's child's panties, RATLIFF asks if UCA 2 thinks that "will nudge her some?" RATLIFF clarified he meant nudge her toward another guy. UCA 2 brought up the concern of sexually transmitted diseases (STDs) and pregnancy with the suggestion. UCA 2 then stated, "can't explain a 14-year-old having either [STDS and pregnancy]." RATLIFF replied, "Understandable" and reassured UCA 2 he did some research and there was no risk.[11] RATLIFF and UCA 2 agreed to do the exchange of panties on or about February 25, 2026.

22. On or about February 25, 2026, HSI Orlando placed a package containing two pairs of panties at a pre-determined location. HSI SAs observed a white male visually similar to RATLIFF arrive in a red Ford pick-up truck registered

---

[10] RATLIFF clarified "fresh" to be "just worn."
[11] This was in reference to ejaculating into UCA 2's child's panties and having her wear them. The HSI investigative team did not, in fact, provide worn underwear, but did make it seem worn, including by having an agent place the underwear under her armpit and close to her chest.

8

to RATLIFF. RATLIFF was observed by SAs picking up the package from the pre-determined location and returning to his car.

23. After returning to his vehicle, RATLIFF asked UCA 2 which panties was the dirty pair and after he stated, "the smell really good!" He then told UCA 2, "Need a to work a time to get the clean ones I dirty up back to you."

24. RATLIFF later told UCA 2 he was "sniffing" the panties and was imagining UCA 2's notional daughter taking them off in front of him and watching RATLIFF jerk off with, and then RATLIFF would "hand them back to her, she can lick them out and put them back on." When UCA 2 suggested the notional daughter would not like the taste, RATLIFF stated, "No worries. She could hold them opening the front, and I could cum in them that way." RATLIFF specified the position of the notional daughter as "she's standing up, and pulls the front of her panties open. Holding them out so I'm inside the panties against her." When UCA 2 asked RATLIFF if he would be rubbing against her, he replied, "yeah." RATLIFF also specified he would be rubbing against "the part covered by the panties" and further specified "the one in the front."

25. After the rubbing, RATLIFF suggested the notional child could "get me hard again after that" and "she can rub it, put it in her mouth." Afterwards, "It would be time to get in the bed and at that point . . . . I'd turn her so she's facing you, and you can watch her face when she feels me inside her." He described the position of the notional child as "On her knees, looking at you" and specified "inside" meant "Where the panties cover the front part."

9

26. Later in the conversation, RATLIFF asked UCA 2 if he went to a theme park frequently visited by children often. RATLIFF suggested, "Was thinking maybe we 'accidentally' bump into each other as friends who haven't seen each other in a while, hang out for a bit there. Then invite you both over to my place for pizza, hangout, games, and see if anything happens, with no pressure if it doesn't." RATLIFF and UCA 2 then agreed to speak further in detail over the phone.

27. On or about February 25, 2026, UCA 2 made a phone to RATLIFF's phone, XXX-XXX-3158. When RATLIFF was asked what he was thinking when they met up, RATLIFF told UCA 2 "it can go like I mentioned before, like hey I haven't seen you in a while, yada yada yada, talk talk talk, hey y'all wanna come over pizza." UCA 2 asked what RATLIFF wanted to happen, and he replied, "I mean ultimately get to, you know, everyone having sex. That would be the ultimate kind of angle." RATLIFF also agreed that UCA 2 and RATLIFF would not be doing any sexual acts together and described UCA 2 sitting in the chair in his bedroom while RATLIFF had the notional 14-year-old child on her "knees in doggy looking at you and the I put my penis her vagina from that way." UCA 2 then mentioned he wished for RATLIFF to use a condom because he could not "explain a 14-year-old being pregnant." RATLIFF stated, "Yeah I get that." RATLIFF later advised UCA 2 of other sexual positions he wished to do with the notional daughter to include "missionary" and "on top." He also agreed to "no face fucking" when speaking about oral sex.

28. After the phone conversation, RATLIFF and UCA 2 continued to plan meeting with a tentative date of Friday, February 27, 2026. RATLIFF reassured UCA 2 he lived alone so no one else would be around. RATLIFF also told UCA 2, "Makes me more comfortable with you coming to my place. Less chance for Chris Hansen to hide in my closet lol,"[12] and he stated that he would disable his Ring doorbell camera before arriving at his house. RATLIFF agreed the plan was to meet somewhere public. During that meeting, the plan is to do an icebreaker/maybe introduce panties and have UCA 2 and notional child get invited back to RATLIFF's residence for pizza, games, and the other stuff previously discussed. RATLIFF also expressed that he would feel more comfortable once he sees UCA 2 and the notional child in person so he knows it is real.

29. On or about February 26, 2026, RATLIFF re-initiated the conversation with UCA 2. RATLIFF told UCA 2 he planned to "fill them [panties] up for the first time today." UCA 2 asked RATLIFF how he would do it, and he replied, "Watch video or two, stroke with them around me, then cum in them." He then specified the video he would watch is "the kind you can't find on the regular web related to what we're talking about."

30. Later, on or about February 26, 2026, UCA 2 asked RATLIFF if he had latex free condoms because UCA 2's notional daughter had a latex allergy.

---

[12] Chris Hansen has previously been known for his role in the television show "To Catch a Predator" where he confronted men attempting to meet with underage girls for the purpose of engaging in sexual acts as part of law enforcement operations.

11

RATLIFF stated he did not think he had any and that he could find some. RATLIFF then stated UCA 2 may have to remind him early in the afternoon the next day.

31. On February 27, 2026, RATLIFF traveled to a pre-determined meeting location in Osceola County, Florida, and RATLIFF was apprehended by law enforcement inside his red Ford pickup truck.[13]

32. During RATLIFF's apprehension, law enforcement called the number XXX-XXX-3158 that UCA 2 used to communicate with RATLIFF. The cellphone discovered in RATLIFF's possession rang and displayed an incoming call from the law enforcement.

33. Additionally, at the time of RATLIFF's apprehension, he was in possession of latex-free condoms in a CVS bag in the front passenger seat of his vehicle. This type of condom was discussed during the previous conversations with UCA 2.

## CONCLUSION

34. Based on the above, I submit that there is probable cause that from on or about February 12, 2026 through February 27, 2026, RATLIFF, by means of interstate commerce, knowingly attempted to persuade, induce, and entice a minor to engage in sexual activity for which he could have been charged with lewd or lascivious battery (engage in sexual activity with a person 12 years of age or older but

---

[13] The vehicle was identical to the vehicle used by RATLIFF when picking up the package with the panties.

12

less than 16 years of age), in violation of Florida Statutes § 800.04(4)(a)(1) & (2), all in violation of 18 U.S.C. § 2422(b).

_____
Albert Grooms, Special Agent
Homeland Security Investigations

Affidavit submitted by reliable electronic means and attested to me as true and accurate via telephone or video conferencing consistent with Fed. R. Crim. P. 4.1 and 41(d)(3), this 27th day of February, 2026.

_____
HONORABLE LESLIE HOFFMAN PRICE
United States Magistrate Judge

13